Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E:  randall@kalamarides.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | Case No. 3:04-cr-00070-RRB-9 |
| Plaintiff,   ) | |
| ) | |
| v.    ) | MOTION FOR ORDER |
| ) | FOR PAYMENT |
| LESLIE COLLINS,    ) | |
| ) | |
| Defendant.   ) | |
| ) | |

COMES NOW the Defendant, Leslie Collins, by and through his CJA attorney, Randall S. Cavanaugh of KALAMARIDES & LAMBERT, and hereby moves this court for an order for payment for the Leslie Collins matter.  An ex-parte hearing on the bill was held on December 18, 2005.  Counsel brought in 200+ CD-Roms to show the amount of discovery that was issued by the United States government in the matter.  Magistrate Roberts indicated there would be an adjustment to the bill based on counsel's statements.

Counsel is aware that the magistrate has an incredible case load given there is only one magistrate. Counsel believes that the Anchorage District Court should have two full time magistrates given the class load. Counsel did send a letter to the magistrate to see the status of the matter but received no response. Debbie M., CJA coordinator, stated that I should file a motion.

DATED this 23rd day of May, 2006, at Anchorage, Alaska.

                                                KALAMARIDES & LAMBERT
                                                Attorneys for Defendant

By:    /s/ Randall S. Cavanaugh
        Randall S. Cavanaugh, ABA #8812215
        KALAMARIDES & LAMBERT
        711 H Street, Suite 450
        Anchorage, AK 9951
        P: (907) 276-2135
        F: (907- 278-8514
        E: randall@kalamarides.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 23rd day of May, 2006, on:

Frank Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

    /s/ Randall S. Cavanaugh
    Kalamarides & Lambert