Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E:  randall@kalamarides.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                                )<br>                          Plaintiff,           )<br>                                                                )<br>v.                                                            )<br>                                                                )<br>LESLIE COLLINS,                                )<br>                                                                )<br>                          Defendant.       )<br>_____)  | Case No. 3:04-cr-00070-RRB-9<br><br>ORDER FOR MOTION FOR<br>ORDER FOR PAYMENT |

**IT IS HEREBY ORDERED** that the voucher shall be approved as submitted for payment.

ENTERED this _____ day of May, 2006, at Anchorage, Alaska.

_____
U.S. DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point.  I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 23rd day of May, 2006, on:

Frank Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513


   /s/ Randall S. Cavanaugh
      Kalamarides & Lambert

USA v. Leslie Collins
Case No. 3:04-cr-00070-RRB-9
Page 2

F:\ARCHIVE\collins-payment.ord.wpd