Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E:  randall@kalamarides.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                           )<br>                         Plaintiff,        )<br>                                                           )<br>       v.                                              )<br>                                                           )<br>LESLIE COLLINS,                            )<br>                                                           )<br>                         Defendant.   )<br>_____) | Case No. 3:04-cr-00070-RRB-9<br><br>NOTICE OF RIPENESS<br>FOR DECISION |

COMES NOW the Defendant, Leslie Collins, by and through his CJA attorney, Randall S. Cavanaugh of KALAMARIDES & LAMBERT, and hereby provides notice to this court that the decision for an order for payment for the Leslie Collins matter is ripe for decision.  An ex-parte hearing on the bill was held on December 18, 2005.  Counsel brought in 200+ CDs to show the amount of discovery that was issued by the United States government in the matter.  Magistrate Roberts indicated there would be an adjustment to the bill based on counsel's statements.  No order or decision was issued.

Counsel is aware that the magistrate has an incredible case load given there is only one magistrate. Counsel believes that the Anchorage District Court should have two full time magistrates given the class load. Counsel sent a letter to the magistrate to see the status of the matter but received no response. Debbie M., CJA coordinator, stated that I should file a motion.

DATED this 8th day of June, 2006, at Anchorage, Alaska.

                                            KALAMARIDES & LAMBERT
                                            Attorneys for Defendant

By:   /s/ Randall S. Cavanaugh
      Randall S. Cavanaugh, ABA #8812215
      KALAMARIDES & LAMBERT
      711 H Street, Suite 450
      Anchorage, AK 9951
      P: (907) 276-2135
      F: (907- 278-8514
      E: randall@kalamarides.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 8th day of June, 2006, on:

Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

  /s/ Randall S. Cavanaugh
    Kalamarides & Lambert

USA v. Leslie Collins
Case No. 3:04-cr-00070-RRB-9
Page 2

F:\ARCHIVE\collins-Leslie pymnt decision.mtc.wpd